LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVON MATTICX, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-00004-MMD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DEVON MATTICX, and Defendant, JAMES RIVER INSURANCE COMPANY by and through their attorneys of record that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, with prejudice, the parties to each

///

///

///

bear their own fees and costs.

Dated this 26 day of June, 2019

BREMER, WHYTE, BROWN & O'MEARA, LLP

*/s/ Deleela Weinerman*

Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 26 day of June, 2019

NAQVI INJURY LAW

*/s/*

Farhan R. Naqvi, Esq.
Nevada Bar No. 8589
Elizabeth E. Coleman, Esq.
Nevada Bar No. 12350
Paul G. Albright, Esq.
Nevada Bar No. 14159
Attorneys for Plaintiff,
Devon Matticx

**ORDER**

**IT IS SO ORDERED:**

*/s/*

**UNITED STATES DISTRICT JUDGE**

Dated: June 28, 2019

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:19-CV-00004-MMD-NJK was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

*/s/ Deleela Weinerman*

Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company